UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENNIE A RICE, III,

     Plaintiff,

                                    Case No. 1:25-cv-652

v.

                                    HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 30, 2026, recommending that this Court reverse the Commissioner's decision and remand pursuant to sentence four of 42 U.S.C. § 405(g). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner should evaluate plaintiff's knee condition as it existed between the time frame of July 8, 2022, through June 10, 2024.

A Judgment will be entered consistent with this Order.

Dated:  July 16, 2026                                    /s/  Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge