UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


BENNIE A RICE, III,

     Plaintiff,

                               Case No. 1:25-cv-652

v.

                               HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/


## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the Judgment is entered.


Dated:  July 16, 2026

                                      /s/  Paul L. Maloney
                                     Paul L. Maloney
                                     United States District Judge